3/26/2020

To whom this may concern,

I would like to withdraw both my claims as I had made an honest mistake with both of them. I have no legal background and did not understand the instructions correctly. I will refile correctly when these are withdrawn. Thank you. And sorry for the inconvenience.

| Case Number | **19-46163** |
|---|---|
| Debtor  ** | **Nathalie Fuz** |

Sincerely,
Wendy LAU